# United States Court of Appeals
## For the First Circuit

No. 25-1368

MASSACHUSETTS FAIR HOUSING CENTER; INTERMOUNTAIN FAIR HOUSING COUNCIL; SAN ANTONIO FAIR HOUSING COUNCIL, INC., d/b/a Fair Housing Council of South Texas; HOUSING RESEARCH AND ADVOCACY CENTER, d/b/a Fair Housing Center for Rights & Research, Inc., on behalf of themselves and all those similarly situated,

Plaintiffs - Appellants,

v.

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in their official capacity as Secretary of Housing and Urban Development; U.S. DOGE SERVICE; U.S. DOGE SERVICE TEMPORARY ORGANIZATION; AMY GLEASON, in their official capacity as Acting Administrator of U.S. DOGE Service and U.S. DOGE Service Temporary Organization,

Defendants - Appellees.

**ORDER OF COURT**

Entered: April 18, 2025

This matter is before the court on plaintiffs-appellants' "Emergency Motion for Expedited Briefing Schedule" and on defendants-appellees' response to that motion. Those filings are resolved as follows. Briefing in this matter will proceed on the following schedule:

-- plaintiffs-appellants' opening brief should be filed by April 22, 2025;

-- defendants-appellees' response brief should be filed by May 6, 2025;

-- any reply brief should be filed by May 12, 2025.

If ultimately deemed appropriate, the court will schedule oral argument in this matter as soon as practicable following the completion of briefing. The parties should address in briefing the mootness issues raised by defendants-appellees in their response to the current motion, as well as any other relevant gating issues.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lila Miller
Reed Colfax
Daniel Ordorica
Rebecca Livengood
Robert William Hunter
Yiyang Wu
Zoila E. Hinson
Sharon Swingle
Donald Campbell Lockhart
Abraham R George
Brian James Springer
Sean Janda
Julian N. Canzoneri