# United States Court of Appeals
## For the First Circuit

No. 25-1368

MASSACHUSETTS FAIR HOUSING CENTER; INTERMOUNTAIN FAIR HOUSING COUNCIL; SAN ANTONIO FAIR HOUSING COUNCIL, INC., d/b/a Fair Housing Council of South Texas; HOUSING RESEARCH AND ADVOCACY CENTER, d/b/a Fair Housing Center for Rights & Research, Inc., on behalf of themselves and all those similarly situated,

Plaintiffs - Appellants,

v.

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in the official capacity as Secretary of Housing and Urban Development; U.S. DOGE SERVICE; U.S. DOGE SERVICE TEMPORARY ORGANIZATION; AMY GLEASON, in the official capacity as Acting Administrator of U.S. DOGE Service and U.S. DOGE Service Temporary Organization,

Defendants - Appellees.

**MANDATE**

Entered: January 12, 2026

In accordance with the judgment of November 18, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Hon. Richard G. Stearns, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Lila Miller, Reed Colfax, Daniel Ordorica, Sharon Swingle, Donald Campbell Lockhart, Daniel Tenny, Abraham R. George, Brian James Springer, Sarah Clark Griffin, Sean Janda, Julian N. Canzoneri, Barbara D. Underwood, Letitia James, Judith N. Vale, Anthony R. Raduazo, Robert Bonta, Ezra Kautz, Brian Bilford, Ann E. Lynch, Andrea J. Campbell